# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA
# PHILADELPHIA DIVISION

| | |
|---|---|
| **In re:**<br><br>**Linh T. Nguyen**<br>    Debtor<br><br>**Reverse Mortgage Solutions, Inc.**<br><br>    Movant<br><br>v.<br><br>**Linh T. Nguyen**<br>    Debtor/Respondent<br><br>**William C. Miller, Esquire**<br>    Trustee/Respondent | **Bankruptcy No. 20-10048-elf**<br><br>**Chapter 13**<br><br>**Hearing Date: October 6, 2020**<br>**Hearing Time: 9:30 a.m.**<br>**Location: 900 Market Street,**<br>**Philadelphia, PA 19107** |

## ORDER OF COURT

AND NOW, **this 7th day of October 2020**, upon consideration of Reverse Mortgage Solutions, Inc.'s Motion for Relief from Automatic Stay, pursuant to 11 U.S.C. § 362(d), it is hereby **ORDERED** that the automatic stay provisions of Section 362 of the Bankruptcy Code are **MODIFIED** to permit Reverse Mortgage Solutions, Inc., its successors and/or assignees be entitled to proceed with appropriate *in rem* state court remedies against the property located at 2118 N Marston Street, Philadelphia, Pennsylvania 19121, including without limitation a sheriff's sale of the property, and it is further **ORDERED** that Reverse Mortgage Solutions, Inc.'s request to waive the 14-day stay period pursuant to Fed.R.Bankr.P. 4001(a)(3) is **GRANTED**.

**Order entered by default.**

_____
**ERIC L. FRANK**
**U.S. BANKRUPTCY JUDGE**